| United States Bankruptcy Court<br>*WESTERN* DISTRICT OF *NEW YORK* | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>*Jamestown Stamp Company,*<br>*a New York Corporation* | Name of Joint Debtor (Spouse)(Last, First, Middle): |
|---|---|

| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>*NONE* | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
|---|---|

| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) Complete EIN<br>(if more than one, state all): *16-1273443* | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) Complete EIN<br>(if more than one, state all): |
|---|---|

| Street Address of Debtor (No. and Street, City, and State):<br>*341 East Third Street*<br>*Jamestown NY*     ZIPCODE *14701* | Street Address of Joint Debtor (No. and Street, City, and State):     ZIPCODE |
|---|---|

| County of Residence or of the<br>Principal Place of Business:     *Chautauqua* | County of Residence or of the<br>Principal Place of Business: |
|---|---|

| Mailing Address of Debtor (if different from street address):<br>*SAME*     ZIPCODE | Mailing Address of Joint Debtor (if different from street address):     ZIPCODE |
|---|---|

| Location of Principal Assets of Business Debtor<br>(if different from street address above):     *SAME*     ZIPCODE |
|---|

**Type of Debtor** (Form of organization)

(Check **one** box.)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☒ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (if debtor is not one of the above entities, check this box and state type of entity below

**Nature of Business**
(Check **one** box.)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☒ Other   *Retail*

**Tax-Exempt Entity**
(Check box, if applicable.)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose"
☒ Debts are primarily business debts.

**Chapter 11 Debtors:**

**Check one box:**
☒ Debtor is a small business as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (amount subject to adjustment on 4/01/13 and every three years thereafter).
- - - - - - - - - - - - - - - - - - - - - - - - - -
**Check all applicable boxes:**
☐ A plan is being filed with this petition
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Filing Fee** (Check one box)

☒ Full Filing Fee attached
☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Offi cial Form 3B.

**Statistical/Administrative Information**

☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

**Estimated Assets**

| ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | *Jamestown Stamp Company,* |
| | *a New York Corporation* |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years**   (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |
| *Western District of New York* | *09-13061* | *July 1, 2009* |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor**   (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| *Sandra Kavanaugh* | *10-12736* | *06/22/2010* |
| District: | Relationship: | Judge: |
| *Buffalo* | *President* | *Hon. Carl L. Bucki* |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11) | (To be completed if debtor is an individual whose debts are primarily consumer debts) |
| | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☒ Exhibit A is attached and made a part of this petition | **X** |
| | Signature of Attorney for Debtor(s)                                        Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and exhibit C is attached and made a part of this petition.
☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☒ Exhibit D completed and signed by the debtor is attached and made part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | *Jamestown Stamp Company,*<br>*a New York Corporation* |

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b)

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed name of Foreign Representative)

_____
(Date)

### Signature of Attorney*

**X** */s/ Robert A. Liebers*
Signature of Attorney for Debtor(s)

*Robert A. Liebers*
Printed Name of Attorney for Debtor(s)

*Burgett & Robbins, LLP*
Firm Name

*P.O. Box 3090*
Address

*Jamestown NY  14702*

*1(716) 488-3090*
Telephone Number

_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** */s/ Sandra Kavanaugh*
Signature of Authorized Individual

*Sandra Kavanaugh*
Printed Name of Authorized Individual

*President*
Title of Authorized Individual

_____
Date

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NEW YORK
# BUFFALO DIVISION

In re: *Jamestown Stamp Company,*
*a New York Corporation*

Case No.

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. If the answer to an applicable question is "None," mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor my also be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporation debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101.

---

### 1. Income from employment or operation of business

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                    SOURCE

*Year to date: $706,113.00*
*Last Year: $1,303,509.00*
*Year before: $1,301,017.00*

---

### 2. Income other than from employment or operation of business

None ☒

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 3. Payments to creditors

None ☒

Complete a. or b., as appropriate, and c.

a. Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor, made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☒

b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filingunder chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

None ☐

c. All debtors: List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| *Creditor: Dan Kavanaugh* *Address: 12 Laurie Lane, Jamestown, NY* *Relationship: Husband* | *2009* | *$2000.00* | *$16,000.00* |

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| *General Electric Capital Corp. vs. Jamestown Stamp Company* *Index No.: K1-2010-000760* | *Mortgage Foreclosure* | *Supreme Court County of Chautauqua* | *Pending* |

None ☒

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 5. Repossessions, foreclosures and returns

None ☐

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information

concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *Name: M&T Bank* *Address: One Fountain Plaza,* *Buffalo, NY 14203* | *March 2009* | *Description: Life Insurance Policy Cash Value* *Value: $150,000* |

### 6. Assignments and receiverships

None ☒ a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☒ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 7. Gifts

None ☒ List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 8. Losses

None ☒ List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 9. Payments related to debt counseling or bankruptcy

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *Payee: Robert A. Liebers* *Address:* *P.O. Box 3090* *Jamestown, NY 14702* | *Date of Payment:* *Payor: Jamestown Stamp Company* | *$10,000.00* |

### 10. Other transfers

None ☒ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☒    b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beniticiary.

---

## 11. Closed financial accounts

None ☒    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

## 12. Safe deposit boxes

None ☒    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

## 13. Setoffs

None ☒    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

## 14. Property held for another person

None ☒    List all property owned by another person that the debtor holds or controls.

---

## 15. Prior address of debtor

None ☒    If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

---

## 16. Spouses and Former Spouses

None ☒    If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

---

## 17. Environmental Information

None ☒    For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor,
including, but not limited to disposal sites.

"Hazardous Material" means anything defined as hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar termunder an Environmental Law:

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

None
☒    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None
☒    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law, with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

## 18. Nature, location and name of business

None
☐    a. If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencment of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencment of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| *Jamestown Stamp Company* | *TaxPayer ID: 16-1273443* | *341 East Third St., Jamestown, NY* | *Sale of Stamps and Misc. Items* | *2000 to present* |

None
☒    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME AND ADDRESS                                                                  DATES SERVICES RENDERED

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)

---

**19. Books, records and financial statements**

None ☐  a. List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                                                  DATES SERVICES RENDERED

*Name: Lloyd and Company, CPA, PC*                                               *Dates: 2004-2007*
*Address: 45 Lakeview Ave., Jamestown NY 14701*

---

*Name: Buffamante Whipple Buttafaro, PC*                                          *Dates:2008 to*
*Address: 201 W. Third St., Suite 300, Jamestown,*                               *present*
*NY 14701*

---

None ☒  b. List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

---

None ☐  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                             ADDRESS

*Name: Buffamante,*                              *201 West Third St., Suite 300, Jamestown,*
*Whipple, Buttafaro, PC*                         *NY*
*Missing:*

---

None ☒  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within two years immediately preceding the commencement of this case.

---

**20. Inventories**

None ☐  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE
OF INVENTORY              INVENTORY SUPERVISOR

DOLLAR AMOUNT
OF INVENTORY
(Specify cost, market or other basis)

*Last: June 30, 2010*      *Supervisor: Sandra Kavanaugh*      *Value: $404,637.70*
                                                               *Basis:  Cost*

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

*Liquidation value is $60,000.00*

---

*Last: March 31, 2010*   *Supervisor: Sandra Kavanaugh*   *Value: $401,000.00*
*Basis: Cost*

---

None ☒   b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

---

## 21. Current Partners, Officers, Directors and Shareholders

None ☒   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

---

None ☐   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| *Name: Sandra Kavanaugh Address: 12 Lauire Lane, Jamestown, NY* | *President* | *100% of Stock* |

---

## 22. Former partners, officers, directors and shareholders

None ☒   a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

---

None ☒   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

---

## 23. Withdrawals from a partnership or distribution by a corporation

None ☒   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

---

## 24. Tax Consolidation Group.

None ☒   If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceeding the commencement of the case.

---

**25. Pension Funds.**

None ☒

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information, and belief.

Date _____     Signature  */s/ Sandra Kavanaugh* _____

                                               *Sandra Kavanaugh*              *President* _____
                                               Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____ continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both, 18 U.S.C. §§ 152 and 3571.*

In re _Jamestown Stamp Company_ _____ ,　　　Case No._____

　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| Jamestown Stamp Company 341 East Third St., Jamestown, NY | Fee Simple | | $ 142,000.00 | $ 142,000.00 |

No continuation sheets attached

**TOTAL $**
**(Report also on Summary of Schedules.)**

_142,000.00_

In re _Jamestown Stamp Company_ ,     Case No. _____

                Debtor(s)                                                           (if known)

# SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N o n e | Description and Location of Property | Husband--H<br>Wife--W<br>Joint--J<br>Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | _Lakeshore Savings Bank Checking_<br>_Location: In debtor's possession_ | | $ 4,000.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interest in an education IRA as defined in 26 U.S.C. 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |

Page __1__ of __3__

In re _Jamestown Stamp Company_ ,     Case No. _____
         Debtor(s)                                              (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts Receivable. | | _Accounts Receivable - outstanding Jamestown Stamp Company stock is counted in inventory Location: In debtor's possession_ | | $ 0.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as described in 11 U.S.C. 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers and other vehicles and accessories. | | _2002 Ford Ranger Location: In debtor's possession_ | | $ 3,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | _Business Equipment See Attached list Location: In debtor's possession_ | | $ 2,500.00 |

In re _Jamestown Stamp Company_ _____ ,   Case No. _____
                    Debtor(s)                                                              (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | | _Inventory of Jamestown Stamp Comapny basis of value is cost. Actual liquidation value is $60,000.00_<br>_1.Supplies Packets Mixtures_<br>_2.Bank notes, BN reserve, postcards_<br>_3. Superior Quality Sets_<br>_4. Advertising packets, stock (backroom)_<br>_5. Russian year sets, topicals_<br>_6. Foreign Room U.S. Dept._<br>_7. Coins, Stamps_<br>_8. Service area (approvals) in new secure area_<br>_9. Jamestown Preonium Sets_<br>_9A Area # DSO all_<br>_10 Old standard approval book stock_<br>_10a Anita ad stock, selection stock (1st seclection) for P.P.C advertising_<br>_See attached list_<br>_Location: In debtor's possession_ | | $ 404,637.40 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | _Mailing List_<br>_Location: In debtor's possession_ | | $ 5,000.00 |

Page __3__ of __3__

Total ➤   $ 419,137.40

(Report also on Summary of Schedules.)
Include amounts from any continuation sheets attached.

JAMESTOWN STAMP COMPANY, INC.  16-1273443    1

Federal 1120 Depreciation Report    EXHIBIT B    665 - 3207
Regular Tax

Activity: ....... Form 1120    Line 20 - 1998
Total cost of goods sold ..................

| Description | In Service | Cost | Land | Bus % | Type | Class | Conv | Depr |
|---|---|---|---|---|---|---|---|---|
| Cost of Goods Sold | | Basis | 179 | Listed | Meth | Life | Year | Prior |
| F-2 CANON CALCULATORS | 04/25/96 | 116. | | 100.00 | MACRS | 7 | HY | 0. |
| | | 0. | 116. | | 200DB | 7.00 | 4 | |
| F-2 COLOR PRESS | 11/02/87 | 49,243. | | 100.00 | MACRS | 7 | HY | 0. |
| | | 49,243. | | | 200DB | 7.00 | 12 | 49,243. |
| F-2 COMPUTERS, HARD DRI | 02/26/90 | 11,672. | | 100.00 | MACRS | 5 | HY | 0. |
| | | 11,672. | | | 200DB | 5.00 | 10 | 11,672. |
| F-2 MAGAZINE RACKS | 08/30/90 | 125. | | 100.00 | MACRS | 7 | HY | 0. |
| | | 0. | 125. | | 200DB | 7.00 | 10 | |
| E-2 METAL SHELVES | 08/30/90 | 75. | | 100.00 | MACRS | 7 | HY | 0. |
| | | 0. | 75. | | 200DB | 7.00 | 10 | |
| F-2 MOTHERBOARDS | 12/11/95 | 2,718. | | 100.00 | MACRS | 5 | HY | 0. |
| | | 0. | 2,718. | | 200DB | 5.00 | 4 | |
| F-2 PRINTERS | 04/23/90 | 1,116. | | 100.00 | MACRS | 5 | HY | 0. |
| | | 0. | 1,116. | | 200DB | 5.00 | 10 | |
| F-2 TABLES | 09/01/89 | 185. | | 100.00 | MACRS | 7 | HY | 0. |
| | | 0. | 185. | | 200DB | 7.00 | 11 | |
| F-26 CHAIRS | 08/01/89 | 337. | | 100.00 | MACRS | 7 | HY | 0. |
| | | 0. | 337. | | 200DB | 7.00 | 11 | |
| F-3 BOOKCASES | 08/30/90 | 100. | | 100.00 | MACRS | 7 | HY | 0. |
| | | 0. | 100. | | 200DB | 7.00 | 10 | |
| F-3 DESKS, TABLE, CHAIRS | 09/30/88 | 225. | | 100.00 | MACRS | 7 | HY | 0. |
| | | 0. | 225. | | 200DB | 7.00 | 12 | |
| F-3 TABLES, FILE | 08/01/89 | 409. | | 100.00 | MACRS | 7 | HY | 0. |
| | | 0. | 409. | | 200DB | 7.00 | 11 | |
| F-3 USED DESKS | 09/28/90 | 90. | | 100.00 | MACRS | 7 | HY | 0. |
| | | 0. | 90. | | 200DB | 7.00 | 10 | |
| F-4 DESK CHAIRS | 09/28/90 | 40. | | 100.00 | MACRS | 7 | HY | 0. |
| | | 0. | 40. | | 200DB | 7.00 | 10 | |
| F-4 DRAWER LEGAL FILE CA | 08/20/98 | 135. | | 100.00 | NP | | NA | 0. |
| | | 0. | 135. | | SL | 3.00 | 2 | |
| F-7 GLASS SHOWCASES | 08/30/90 | 1,050. | | 100.00 | MACRS | 7 | HY | 0. |
| | | 0. | 1,050. | | 200DB | 7.00 | 10 | |
| F-AB DICK PLATEMAKER | 11/01/88 | 3,790. | | 100.00 | MACRS | 7 | HY | 0. |
| | | 0. | 3,790. | | 200DB | 7.00 | 11 | |
| F-AIR CONDITIONER | 06/01/87 | 749. | | 100.00 | MACRS | 7 | HY | 0. |
| | | 0. | 749. | | 200DB | 7.00 | 13 | |
| F-AIR CONDITIONER | 07/15/88 | 534. | | 100.00 | MACRS | 7 | HY | 0. |
| | | 0. | 534. | | 200DB | 7.00 | 12 | |
| F-AIR CONDITIONER | 07/13/93 | 599. | | 100.00 | MACRS | 7 | HY | 0. |
| | | 0. | 599. | | 200DB | 7.00 | 7 | |
| F-AIR CONDITIONER | 06/26/98 | 309. | | 100.00 | MACRS | 7 | HY | 0. |
| | | 0. | 309. | | 200DB | 7.00 | 2 | |
| F-BASEBALL CARD DISPLAY | 10/01/88 | 107. | | 100.00 | MACRS | 7 | HY | 0. |
| | | 0. | 107. | | 200DB | 7.00 | 11 | |
| F-BINDER | 08/25/88 | 500. | | 100.00 | MACRS | 7 | HY | 0. |
| | | 500. | | | 200DB | 7.00 | 12 | 500. |
| F-BOOKCASE | 11/24/87 | 299. | | 100.00 | MACRS | 7 | HY | 0. |
| | | 0. | 299. | | 200DB | 7.00 | 12 | |



JAMESTOWN STAMP COMPA( NC. 16-1273443                    2

Federal 1120 Depreciation Report                    Continued
**Regular Tax**

Activity: ....... Form 1120    Line 20 - 1998
Total cost of goods sold .................

| Description | In Service | Cost | Land | Bus % | Type | Class | Conv | Depr |
|---|---|---|---|---|---|---|---|---|
| Cost of Goods Sold | | Basis | 179 | Listed | Meth | Life | Year | Prior |
| F-CAMERA | 08/08/96 | 400. | | 100.00 | MACRS | 7 | HY | 0. |
| | | 0. | 400. | | 200DB | 7.00 | 4 | |
| F-CAMERA & 3 PROCESSORS | 12/05/86 | 10.002. | | 100.00 | ACRS | 5 | NA | 0. |
| | | 10.002. | | | PRE | 5.00 | 13 | 10.002. |
| F-CANON C250D COPIER | 07/14/98 | 4.997. | | 100.00 | MACRS | 7 | HY | 0. |
| | | 0. | 4.997. | | 200DB | 7.00 | 2 | |
| F-CANON TYPEWRITER | 11/01/86 | 691. | | 100.00 | ACRS | 5 | NA | 0. |
| | | 0. | 691. | | PRE | 5.00 | 13 | |
| F-CAR PHONE | 08/10/92 | 147. | | 100.00 | MACRS | 5 | HY | 0. |
| | | 0. | 147. | | 200DB | 5.00 | 8 | |
| F-CARPET | 04/15/98 | 399. | | 100.00 | MACRS | 7 | HY | 98. |
| | | 399. | | | 200DB | 7.00 | 2 | 57. |
| F-CASH REGISTER | 12/08/87 | 308. | | 100.00 | MACRS | 7 | HY | 0. |
| | | 0. | 308. | | 200DB | 7.00 | 12 | |
| F-CELLULAR PHONE | 05/20/91 | 668. | | 100.00 | MACRS | 7 | HY | 0. |
| | | 0. | 668. | | 200DB | 7.00 | 9 | |
| F-CHECK ENCODER | 05/06/88 | 500. | | 100.00 | MACRS | 7 | HY | 0. |
| | | 0. | 500. | | 200DB | 7.00 | 12 | |
| F-COAT RACK | 09/28/90 | 5. | | 100.00 | MACRS | 7 | HY | 0. |
| | | 0. | 5. | | 200DB | 7.00 | 10 | |
| F-COLATOR | 01/30/87 | 23.035. | | 100.00 | MACRS | 7 | HY | 0. |
| | | 23.035. | | | 200DB | 7.00 | 13 | 23.035. |
| F-COLOR HEAD FOR PRESS | 07/06/88 | 4.345. | | 100.00 | MACRS | 7 | HY | 0. |
| | | 4.345. | | | 200DB | 7.00 | 12 | 4.345. |
| F-COMPRESSOR | 03/08/90 | 64. | | 100.00 | MACRS | 7 | HY | 0. |
| | | 64. | | | 200DB | 7.00 | 10 | 64. |
| F-COMPUTER | 04/08/88 | 1.765. | | 100.00 | MACRS | 5 | HY | 0. |
| | | 1.765. | | | 200DB | 5.00 | 12 | 1.765. |
| F-COMPUTER | 05/05/88 | 3.186. | | 100.00 | MACRS | 5 | HY | 0. |
| | | 3.186. | | | 200DB | 5.00 | 12 | 3.186. |
| F-COMPUTER | 07/23/90 | 1.144. | | 100.00 | MACRS | 5 | HY | 0. |
| | | 0. | 1.144. | | 200DB | 5.00 | 10 | |
| F-COMPUTER | 04/14/92 | 1.940. | | 100.00 | MACRS | 5 | HY | 0. |
| | | 0. | 1.940. | | 200DB | 5.00 | 8 | |
| F-COMPUTER & CABLES | 12/05/90 | 3.088. | | 100.00 | MACRS | 5 | HY | 0. |
| | | 1.324. | 1.764. | | 200DB | 5.00 | 9 | 1.324. |
| F-COMPUTER & HARD DRIVE | 04/01/89 | 4.119. | | 100.00 | MACRS | 5 | HY | 0. |
| | | 3.823. | 296. | | 200DB | 5.00 | 11 | 3.823. |
| F-COMPUTER (DATAWARE SY) | 03/15/93 | 3.600. | | 100.00 | MACRS | 5 | HY | 0. |
| | | 0. | 3.600. | | 200DB | 5.00 | 7 | |
| F-COMPUTER EQUIP. | 05/11/94 | 3.773. | | 100.00 | MACRS | 5 | HY | 0. |
| | | 0. | 3.773. | | 200DB | 5.00 | 6 | |
| F-COMPUTER EQUIP. | 08/09/94 | 5.468. | | 100.00 | MACRS | 5 | HY | 0. |
| | | 0. | 5.468. | | 200DB | 5.00 | 6 | |
| F-COMPUTER EQUIP. | 09/15/94 | 3.214. | | 100.00 | MACRS | 5 | HY | 0. |
| | | 0. | 3.214. | | 200DB | 5.00 | 6 | |
| F-COMPUTER EQUIP. | 09/15/94 | 206. | | 100.00 | MACRS | 5 | HY | 12. |
| | | 206. | | | 200DB | 5.00 | 6 | 194. |



## Federal 1120 Depreciation Report
### Regular Tax

Continued

Activity: ...... Form 1120     Line 20 - 1998

Total cost of goods sold ...............

| Description | In Service | Cost | Land | Bus % | Type | Class | Conv | Depr |
| Cost of Goods Sold | Disposed | Basis | 179 | Listed | Meth | Life | Year | Prior |
|---|---|---|---|---|---|---|---|---|
| F-COMPUTER EQUIP. | 03/07/97 | 7,361. | | 100.00 | MACRS | 5 | HY | 0. |
| | | 0. | 7,361. | | 200DB | 5.00 | 3 | |
| F-COMPUTER EQUIP. & SFT | 09/13/93 | 511. | | 100.00 | MACRS | 5 | HY | 0. |
| | | 0. | 511. | | 200DB | 5.00 | 7 | |
| F-COMPUTER MONITOR, KEY | 07/06/88 | 333. | | 100.00 | MACRS | 5 | HY | 0. |
| | | 0. | 333. | | 200DB | 5.00 | 12 | |
| F-COMPUTER SYSTEM | 07/01/97 | 1,827. | | 100.00 | MACRS | 5 | HY | 0. |
| | | 0. | 1,827. | | 200DB | 5.00 | 3 | |
| F-COMPUTER SYSTEM (COW) | 07/31/98 | 1,725. | | 100.00 | MACRS | 5 | HY | 0. |
| | | 0. | 1,725. | | 200DB | 5.00 | 2 | |
| F-COMPUTER, LEXMARK PTR | 11/07/95 | 7,527. | | 100.00 | MACRS | 5 | HY | 0. |
| | | 0. | 7,527. | | 200DB | 5.00 | 4 | |
| F-COMPUTER, TAPE DR, KE | 06/10/92 | 765. | | 100.00 | MACRS | 5 | HY | 0. |
| | | 0. | 765. | | 200DB | 5.00 | 8 | |
| F-COMPUTERS | 02/28/90 | 8,879. | | 100.00 | MACRS | 5 | HY | 0. |
| | | 4,514. | 4,365. | | 200DB | 5.00 | 10 | 4,514. |
| F-COPIER LEASE BUY-OUT | 02/14/97 | 801. | | 100.00 | MACRS | 7 | HY | 0. |
| | | 0. | 801. | | 200DB | 7.00 | 3 | |
| F-DATAWARE ADV. SOFTWAR | 02/14/93 | 2,443. | | 100.00 | MACRS | 5 | HY | 0. |
| | | 0. | 2,443. | | 200DB | 5.00 | 7 | |
| F-DEHUMIDIFIER | 08/07/86 | 213. | | 100.00 | ACRS | 5 | NA | 0. |
| | | 0. | 213. | | PRE | 5.00 | 14 | |
| F-DENSITOMETER | 03/02/87 | 1,016. | | 100.00 | MACRS | 7 | HY | 0. |
| | | 1,016. | | | 200DB | 7.00 | 13 | 1,016. |
| F-DISK DRIVE & PRINTER | 03/01/89 | 979. | | 100.00 | MACRS | 5 | HY | 0. |
| | | 979. | | | 200DB | 5.00 | 11 | 979. |
| F-DISPLAY CASE | 03/27/87 | 527. | | 100.00 | MACRS | 7 | HY | 0. |
| | | 0. | 527. | | 200DB | 7.00 | 13 | |
| F-DISPLAY CASE-BB ROOM | 09/26/88 | 446. | | 100.00 | MACRS | 7 | HY | 0. |
| | | 0. | 446. | | 200DB | 7.00 | 12 | |
| F-DMP PRINTER INSTALL. | 07/15/94 | 510. | | 100.00 | MACRS | 5 | HY | 0. |
| | | 0. | 510. | | 200DB | 5.00 | 6 | |
| F-EJECT ASSEM. ROLLER. | 08/08/88 | 760. | | 100.00 | MACRS | 7 | HY | 0. |
| | | 760. | | | 200DB | 7.00 | 12 | 760. |
| F-ELECTRIC PUNCH | 08/08/88 | 2,850. | | 100.00 | MACRS | 7 | HY | 0. |
| | | 2,850. | | | 200DB | 7.00 | 12 | 2,850. |
| F-ENVELOPE FEEDER | 08/28/87 | 4,529. | | 100.00 | MACRS | 7 | HY | 0. |
| | | 0. | 4,529. | | 200DB | 7.00 | 13 | |
| F-EPSON INKJET PRINTER | 05/23/96 | 670. | | 100.00 | MACRS | 5 | HY | 0. |
| | | 0. | 670. | | 200DB | 5.00 | 4 | |
| F-EPSON LC2500 PRINTER | 12/04/95 | 743. | | 100.00 | MACRS | 5 | HY | 0. |
| | | 0. | 743. | | 200DB | 5.00 | 4 | |
| F-FAX MACHINE | 04/01/89 | 1,300. | | 100.00 | MACRS | 7 | HY | 0. |
| | | 0. | 1,300. | | 200DB | 7.00 | 11 | |
| F-FAX MODEM, TAPE DRIVE | 07/15/96 | 841. | | 100.00 | MACRS | 5 | HY | 0. |
| | | 0. | 841. | | 200DB | 5.00 | 4 | |
| F-FOLDING MACHINE | 08/18/88 | 17,945. | | 100.00 | MACRS | 7 | HY | 0. |
| | | 17,945. | | | 200DB | 7.00 | 12 | 17,945. |



JAMESTOWN STAMP COMPA␣␣NC. 16-1273443  4

Federal 1120 Depreciation Report  Continued
**Regular Tax**

Activity: ....... Form 1120  Line 20 - 1998

Total cost of goods sold ..................

| Description | In Service | Cost | Land | Bus % | Type | Class | Conv | Depr |
|---|---|---|---|---|---|---|---|---|
| Cost of Goods Sold | Disposed | Basis | 179 | Listed | Meth | Life | Year | Prior |
| F-GLOBE | 01/06/88 | 321. | | 100.00 | MACRS | 7 | HY | 0. |
| | | 0. | 321. | | 200DB | 7.00 | 12 | |
| F-HAGAN BUS. MACHINES | 04/01/93 | 185. | | 100.00 | MACRS | 5 | HY | 0. |
| | | 0. | 185. | | 200DB | 5.00 | 7 | |
| F-HARD DRIVE | 09/30/94 | 658. | | 100.00 | MACRS | 5 | HY | 0. |
| | | 0. | 658. | | 200DB | 5.00 | 6 | |
| F-HARD DRIVE & MONITOR | 06/15/95 | 2,733. | | 100.00 | MACRS | 5 | HY | 0. |
| | | 0. | 2,733. | | 200DB | 5.00 | 5 | |
| F-HARD DRIVE | 01/09/92 | 2,325. | | 100.00 | MACRS | 5 | HY | 0. |
| | | 0. | 2,325. | | 200DB | 5.00 | 8 | |
| F-HARD DRIVE | 09/10/92 | 574. | | 100.00 | MACRS | 5 | HY | 0. |
| | | 0. | 574. | | 200DB | 5.00 | 8 | |
| F-INSTALL OUTDOOR LIGHT | 06/01/89 | 605. | | 100.00 | MACRS | 7 | HY | 0. |
| | | 605. | | | 200DB | 7.00 | 11 | 605. |
| F-ITEMS PURCH. FROM M.P. | 05/05/86 | 105,888. | | 100.00 | ACRS | 5 | NA | 0. |
| | | 105,888. | | | PRE | 5.00 | 14 | 105,888. |
| F-ITEMS PURCH. FROM M.P. | 05/05/86 | 4,023. | | 100.00 | ACRS | 5 | NA | 0. |
| | | 0. | 4,023. | | PRE | 5.00 | 14 | |
| F-KOMODO 15" COLOR MON | 12/05/97 | 263. | | 100.00 | MACRS | 5 | HY | 0. |
| | | 0. | 263. | | 200DB | 5.00 | 2 | |
| F-LAMINATOR | 04/08/88 | 1,618. | | 100.00 | MACRS | 7 | HY | 0. |
| | | 1,618. | | | 200DB | 7.00 | 12 | 1,618. |
| F-LASER PRINTER | 06/11/90 | 3,448. | | 100.00 | MACRS | 7 | HY | 0. |
| | | 3,448. | | | 200DB | 7.00 | 10 | 3,448. |
| F-LASER PRINTER-IBM4039 | 11/17/93 | 1,755. | | 100.00 | MACRS | 5 | HY | 101. |
| | | 1,755. | | | 200DB | 5.00 | 6 | 1,654. |
| F-LASERMASTER PRINTER | 02/21/95 | 29,060. | | 100.00 | MACRS | 5 | HY | 2,491. |
| | | 21,868. | 7,192. | | 200DB | 5.00 | 5 | 18,132. |
| F-LEADING EDGE COMPUTER | 03/27/95 | 2,016. | | 100.00 | MACRS | 5 | HY | 0. |
| | | 0. | 2,016. | | 200DB | 5.00 | 5 | |
| F-LETTER OPENER | 05/18/88 | 908. | | 100.00 | MACRS | 7 | HY | 0. |
| | | 0. | 908. | | 200DB | 7.00 | 12 | |
| F-LIGHT BOX | 06/07/88 | 646. | | 100.00 | MACRS | 7 | HY | 0. |
| | | 0. | 646. | | 200DB | 7.00 | 12 | |
| F-MAILING/SHIPPING MACH | 06/14/88 | 3,366. | | 100.00 | MACRS | 7 | HY | 0. |
| | | 0. | 3,366. | | 200DB | 7.00 | 12 | |
| F-MASTER ADDRESSER & LA | 12/05/90 | 2,195. | | 100.00 | MACRS | 7 | HY | 0. |
| | | 0. | 2,195. | | 200DB | 7.00 | 9 | |
| F-MISC. EQUIPMENT | 12/16/87 | 275. | | 100.00 | MACRS | 7 | HY | 0. |
| | | 0. | 275. | | 200DB | 7.00 | 12 | |
| F-MITSUBISHI TOWER SYS | 06/28/95 | 3,886. | | 100.00 | MACRS | 5 | HY | 0. |
| | | 0. | 3,886. | | 200DB | 5.00 | 5 | |
| F-MONITOR & HARD DRIVE | 10/04/95 | 717. | | 100.00 | MACRS | 5 | HY | 0. |
| | | 0. | 717. | | 200DB | 5.00 | 4 | |
| F-MOUSE, PAD & INSTALL. | 10/17/95 | 107. | | 100.00 | MACRS | 5 | HY | 0. |
| | | 0. | 107. | | 200DB | 5.00 | 4 | |
| F-NETWORK CABLE SYSTEM | 01/25/91 | 969. | | 100.00 | MACRS | 5 | HY | 0. |
| | | 0. | 969. | | 200DB | 5.00 | 9 | |

JAMESTOWN STAMP COMPA( NC. 16-1273443                          5

Federal 1120 Depreciation Report                              Continued
Regular Tax

Activity: ....... Form 1120      Line 20 - 1998
                                 Total cost of goods sold ................. _____

| Description | In Service | Cost | Land | Bus % | Type | Class | Conv | Depr |
|---|---|---|---|---|---|---|---|---|
| Cost of Goods Sold | Disposed | Basis | 179 | Listed | Meth | Life | Year | Prior |
| F-NETWORK SYSTEM | 05/14/91 | 4,280. | | 100.00 | MACRS | 5 | HY | 0. |
| | | 0. | 4,280. | | 200DB | 5.00 | 9 | |
| F-NEW DOOR IN PRINTSHIP | 08/05/87 | 1,690. | | 100.00 | MACRS | 7 | HY | 0. |
| | | 1,690. | | | 200DB | 7.00 | 13 | 1,690. |
| F-NOVELL LOWSER NETWORK | 03/10/94 | 2,151. | | 100.00 | MACRS | 5 | HY | 124. |
| | | 2,151. | | | 200DB | 5.00 | 6 | 2,027. |
| F-NUMBERING MACHINE | 08/21/87 | 11,000. | | 100.00 | MACRS | 7 | HY | 0. |
| | | 6,455. | 4,545. | | 200DB | 7.00 | 13 | 6,455. |
| F-OFFICE CHAIR | 03/27/97 | 302. | | 100.00 | MACRS | 7 | HY | 0. |
| | | 0. | 302. | | 200DB | 7.00 | 3 | |
| F-OFFICE CHAIRS | 05/07/90 | 661. | | 100.00 | MACRS | 7 | HY | 0. |
| | | 0. | 661. | | 200DB | 7.00 | 10 | |
| F-PADDING PRESS. LT BOX | 07/01/87 | 919. | | 100.00 | MACRS | 7 | HY | 0. |
| | | 919. | | | 200DB | 7.00 | 13 | 919. |
| F-PAINTINGS | 10/01/86 | 2,654. | | 100.00 | ACRS | 5 | NA | 0. |
| | | 0. | 2,654. | | PRE | 5.00 | 13 | |
| F-PAPER DRILL | 11/02/87 | 843. | | 100.00 | MACRS | 7 | HY | 0. |
| | | 843. | | | 200DB | 7.00 | 12 | 843. |
| F-PERFORATOR PRESS | 03/27/87 | 26,932. | | 100.00 | MACRS | 7 | HY | 0. |
| | | 26,932. | | | 200DB | 7.00 | 13 | 26,932. |
| F-PHONE & POWER SUPPLY | 01/04/89 | 810. | | 100.00 | MACRS | 7 | HY | 0. |
| | | 0. | 810. | | 200DB | 7.00 | 11 | |
| F-PLATE HANGING RACK | 12/01/88 | 244. | | 100.00 | MACRS | 7 | HY | 0. |
| | | 0. | 244. | | 200DB | 7.00 | 11 | |
| F-PLATE PROCESSOR | 10/01/89 | 3,000. | | 100.00 | MACRS | 7 | HY | 0. |
| | | 3,000. | | | 200DB | 7.00 | 10 | 3,000. |
| F-POWER SUPPLY & BACKUP | 08/08/88 | 1,343. | | 100.00 | MACRS | 7 | HY | 0. |
| | | 1,343. | | | 200DB | 7.00 | 12 | 1,343. |
| F-PRESS | 06/10/87 | 8,900. | | 100.00 | MACRS | 7 | HY | 0. |
| | | 8,900. | | | 200DB | 7.00 | 13 | 8,900. |
| F-PRESS (D. ALCORN) | 03/14/96 | 3,000. | | 100.00 | MACRS | 7 | HY | 0. |
| | | 0. | 3,000. | | 200DB | 7.00 | 4 | |
| F-PRINTER | 03/26/97 | 558. | | 100.00 | MACRS | 5 | HY | 0. |
| | | 0. | 558. | | 200DB | 5.00 | 3 | |
| F-REWIRE ELEC.-2ND FLOO | 02/01/89 | 1,880. | | 100.00 | MACRS | NR | MM | 60. |
| | | 1,880. | | | SL | 31.50 | 11 | 571. |
| F-SHELF UNIT | 09/28/90 | 5. | | 100.00 | MACRS | 7 | HY | 0. |
| | | 0. | 5. | | 200DB | 7.00 | 10 | |
| F-SHELVES | 11/16/90 | 125. | | 100.00 | MACRS | 7 | HY | 0. |
| | | 0. | 125. | | 200DB | 7.00 | 9 | |
| F-SHRINK WRAP MACHINE | 02/01/89 | 319. | | 100.00 | MACRS | 7 | HY | 0. |
| | | 0. | 319. | | 200DB | 7.00 | 11 | |
| F-SHRINK WRAP MACHINE | 08/01/89 | 1,380. | | 100.00 | MACRS | 7 | HY | 0. |
| | | 0. | 1,380. | | 200DB | 7.00 | 11 | |
| F-SIGNS | 09/12/95 | 1,214. | | 100.00 | MACRS | 7 | HY | 0. |
| | | 0. | 1,214. | | 200DB | 7.00 | 5 | |
| F-SOFTWARE | 04/03/90 | 615. | | 100.00 | MACRS | 5 | HY | 0. |
| | | 0. | 615. | | 200DB | 5.00 | 10 | |

**Federal 1120 Depreciation Report**          Continued
**Regular Tax**

Activity: ....... Form 1120     Line 20 - 1998
Total cost of goods sold .................. _____

| Description | In Service | Cost | Land | Bus % | Type | Class | Conv | Depr |
|---|---|---|---|---|---|---|---|---|
| Cost of Goods Sold | Disposed | Basis | 179 | Listed | Meth | Life | Year | Prior |
| F-SPIRAL BINDER | 03/30/88 | 495. | | 100.00 | MACRS | 7 | HY | 0. |
| | | 495. | | | 200DB | 7.00 | 12 | 495. |
| F-STANDARD FOLDING MACH | 01/21/88 | 3,746. | | 100.00 | MACRS | 7 | HY | 0. |
| | | 3,746. | | | 200DB | 7.00 | 12 | 3,746. |
| F-STAPLER, INK MIXER | 08/27/87 | 1,097. | | 100.00 | MACRS | 7 | HY | 0. |
| | | 1,097. | | | 200DB | 7.00 | 13 | 1,097. |
| F-STATIC ELIMINATOR | 08/14/90 | 272. | | 100.00 | MACRS | 7 | HY | 0. |
| | | 272. | | | 200DB | 7.00 | 10 | 272. |
| F-SVGA MONITOR | 01/15/95 | 459. | | 100.00 | MACRS | 5 | HY | 0. |
| | | 0. | 459. | | 200DB | 5.00 | 5 | |
| F-TABLETOP LIGHT BOX | 04/01/89 | 395. | | 100.00 | MACRS | 7 | HY | 0. |
| | | 0. | 395. | | 200DB | 7.00 | 11 | |
| F-TABLET FILE | 01/21/88 | 249. | | 100.00 | MACRS | 7 | HY | 0. |
| | | 0. | 249. | | 200DB | 7.00 | 12 | |
| F-TANDY DMP-440 PRINTER | 06/10/94 | 273. | | 100.00 | MACRS | 5 | HY | 0. |
| | | 0. | 273. | | 200DB | 5.00 | 6 | |
| F-TELEPHONE | 11/10/87 | 522. | | 100.00 | MACRS | 7 | HY | 0. |
| | | 0. | 522. | | 200DB | 7.00 | 12 | |
| F-TIME CLOCK | 12/29/93 | 253. | | 100.00 | MACRS | 7 | HY | 0. |
| | | 0. | 253. | | 200DB | 7.00 | 6 | |
| F-TRIMMER/CUTTER FOR CO | 02/11/88 | 7,547. | | 100.00 | MACRS | 7 | HY | 0. |
| | | 7,547. | | | 200DB | 7.00 | 12 | 7,547. |
| F-TYPESETTER | 11/13/86 | 12,495. | | 100.00 | ACRS | 5 | NA | 0. |
| | | 12,495. | | | PRE | 5.00 | 13 | 12,495. |
| F-TYPEWRITER | 06/01/87 | 610. | | 100.00 | MACRS | 5 | HY | 0. |
| | | 0. | 610. | | 200DB | 5.00 | 13 | |
| F-TYPEWRITER | 06/07/88 | 1,058. | | 100.00 | MACRS | 5 | HY | 0. |
| | | 0. | 1,058. | | 200DB | 5.00 | 12 | |
| F-TYPEWRITER | 05/29/86 | 615. | | 100.00 | ACRS | 5 | NA | 0. |
| | | 0. | 615. | | PRE | 5.00 | 14 | |
| F-TYPEWRITER COMPUTER. | 12/01/86 | 949. | | 100.00 | ACRS | 5 | NA | 0. |
| | | 725. | 224. | | PRE | 5.00 | 13 | 725. |
| F-UPGRADE KIT-LASER PRI | 02/10/94 | 299. | | 100.00 | MACRS | 5 | HY | 17. |
| | | 299. | | | 200DB | 5.00 | 6 | 282. |
| F-USED ADLER COPIER | 06/13/97 | 575. | | 100.00 | MACRS | 7 | HY | 0. |
| | | 0. | 575. | | 200DB | 7.00 | 3 | |
| F-USED COPIER | 01/06/92 | 600. | | 100.00 | MACRS | 5 | HY | 0. |
| | | 0. | 600. | | 200DB | 5.00 | 8 | |
| F-USED OFFSET PRESS | 10/14/93 | 2,050. | | 100.00 | MACRS | 7 | HY | 183. |
| | | 2,050. | | | 200DB | 7.00 | 6 | 1,593. |
| F-VACUUM CLEANER | 08/14/90 | 351. | | 100.00 | MACRS | 7 | HY | 0. |
| | | 0. | 351. | | 200DB | 7.00 | 10 | |
| F-WALL DIVIDER | 05/01/89 | 427. | | 100.00 | MACRS | 7 | HY | 0. |
| | | 0. | 427. | | 200DB | 7.00 | 11 | |
| F-WATER COOLER | 10/06/95 | 323. | | 100.00 | MACRS | 7 | HY | 0. |
| | | 0. | 323. | | 200DB | 7.00 | 4 | |
| F-WINDOW FAN | 06/06/90 | 37. | | 100.00 | MACRS | 7 | HY | 0. |
| | | 0. | 37. | | 200DB | 7.00 | 10 | |

JAMESTOWN STAMP COMPA( NC. 16-1273443                              7

Federal 1120 Depreciation Report                          Continued
**Regular Tax**

Activity: ....... Form 1120      Line 20 - 1998
                        Total cost of goods sold ..................

| Description | In Service | Cost | Land | Bus % | Type | Class | Conv | Depr |
|---|---|---|---|---|---|---|---|---|
| Cost of Goods Sold | Disposed | Basis | 179 | Listed | Meth | Life | Year | Prior |
| F-WIRING FOR DARKROOM | 02/06/87 | 1,430. | | 100.00 | MACRS | 7 | HY | 0. |
| | | 1,430. | | | 200DB | 7.00 | 13 | 1,430. |
| F-ZIP DRIVE | 12/15/97 | 127. | | 100.00 | MACRS | 5 | HY | 0. |
| | | 0. | 127. | | 200DB | 5.00 | 2 | |
| L-DOORWAY, PARTITION, E | 12/01/90 | 3,434. | | 100.00 | MACRS | NR | MM | 109. |
| | | 3,434. | | | SL | 31.50 | 9 | 849. |
| V-'96 DODGE DAKOTA | 12/06/95 | 14,705. | | 100.00 | MACRS | AUTO | HY | 1,694. |
| | | 14,705. | | X | 200DB | 5.00 | 4 | 10,470. |
| NON-COMP. AGREEMENT | 09/01/90 | 498. | | 100.00 | AMORT | | NA | 50. |
| | | 498. | | | | 10.00 | 10 | 404. |
| COMPUTER SOFTWARE | 03/10/98 | 1,907. | | 100.00 | AMORT | | NA | 636. |
| | | 1,907. | | | | 3.00 | 2 | 371. |
| F-COMPUTER MONITOR | 10/01/98 | 240. | S.C | 100.00 | MACRS | 5 | HY | 48. |
| | | 240. | | | 200DB | 5.00 | 1 | |
| F-COMPUTER (NETWORKS) | 10/20/98 | 2,035. | S.C | 100.00 | MACRS | 5 | HY | 407. |
| | | 2,035. | | | 200DB | 5.00 | 1 | |
| F-CAMERA | 12/15/98 | 435. | S.C | 100.00 | MACRS | 7 | HY | 62. |
| | | 435. | | | 200DB | 7.00 | 1 | |
| F-PHONE SYSTEM INSTALL | 01/07/99 | 621. | | 100.00 | MACRS | 7 | HY | 89. |
| | | 621. | | | 200DB | 7.00 | 1 | |
| F-EXPRESS MAILING SYSTE | 02/15/99 | 422. | | 100.00 | MACRS | 7 | HY | 60. |
| | | 422. | | | 200DB | 7.00 | 1 | |
| F-COMPUTER (TELESEC) | 02/15/99 | 2,295. | S.C | 100.00 | MACRS | 5 | HY | 459. |
| | | 2,295. | | | 200DB | 5.00 | 1 | |
| F-COMPRESSOR, BLOW GUN | 02/17/99 | 195. | S.C | 100.00 | MACRS | 7 | HY | 28. |
| | | 195. | | | 200DB | 7.00 | 1 | |
| F-COMPUTER UPGRADES | 02/17/98 | 1,219. | S.C | 100.00 | MACRS | 5 | HY | 390. |
| | | 1,219. | | | 200DB | 5.00 | 2 | |
| F-MODEL 1250 MULTI PRESS | 03/04/99 | 1,245. | S.C | 100.00 | MACRS | 7 | HY | 178. |
| | | 1,245. | | | 200DB | 7.00 | 1 | |
| F-CALCULATOR | 04/15/99 | 100. | | 100.00 | MACRS | 7 | HY | 14. |
| | | 100. | | | 200DB | 7.00 | 1 | |
| F-KNIFE | 04/15/99 | 160. | S.C | 100.00 | MACRS | 7 | HY | 23. |
| | | 160. | | | 200DB | 7.00 | 1 | |
| F-MODEL 2200PPA RYOBI P | 04/27/99 | 10,000. | S.C | 100.00 | MACRS | 7 | HY | 1,429. |
| | | 10,000. | | | 200DB | 7.00 | 1 | |
| F-CPU MOD#3736 24G | 05/15/99 | 2,091. | S.C | 100.00 | MACRS | 5 | HY | 418. |
| | | 2,091. | | | 200DB | 5.00 | 1 | |
| F-COMPUTER UPGRADES | 08/15/99 | 1,326. | S.C | 100.00 | MACRS | 5 | HY | 265. |
| | | 1,326. | | | 200DB | 5.00 | 1 | |
| F-PRESS OVERHAUL | 12/30/98 | 1,705. | S.C | 100.00 | MACRS | 7 | HY | 244. |
| | | 1,705. | | | 200DB | 7.00 | 1 | |
| F-DAMPENERS & PRESS OVE | 02/15/99 | 5,538. | S.C | 100.00 | MACRS | 7 | HY | 791. |
| | | 5,538. | | | 200DB | 7.00 | 1 | |
| F-PRINTHEAD ASSEMBLY | 06/28/99 | 3,695. | S.C | 100.00 | MACRS | 7 | HY | 528. |
| | | 3,695. | | | 200DB | 7.00 | 1 | |
| F-PRESS OVERHAUL EXP. | 02/18/99 | 1,406. | S.C | 100.00 | MACRS | 7 | HY | 201. |
| | | 1,406. | | | 200DB | 7.00 | 1 | |

JAMESTOWN STAMP COMPA. NC. 16-1273443                    8

Federal 1120 Depreciation Report                    Continued
**Regular Tax**

Activity: ....... Form 1120 ___ Line 20 - 1998 ___
Total cost of goods sold .................

| Description | In Service | Cost | Land | Bus % | Type | Class | Conv | Depr |
|---|---|---|---|---|---|---|---|---|
| Cost of Goods Sold | Disposed | Basis | 179 | Listed | Meth | Life | Year | Prior |
| F-MAJOR PRESS REPAIRS | 02/18/99 | 1,934. | | 100.00 | MACRS | 7 | HY | 276. |
| | | 1,934. | | | 200DB | 7.00 | 1 | |
| F-PRESS OVERHAUL | 07/30/99 | 3,000. | | 100.00 | MACRS | 7 | HY | 429. |
| | | 3,000. | | | 200DB | 7.00 | 1 | |

Total                    557,914.                    11,914. - 682 = 11,232.
                         417,285.                    363,075.

                         2. = 503,704.

Federal 1120 Depreciation Report

In re _Jamestown Stamp Company_ ,                  Case No. _____

**Debtor(s)**                                                    (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including ZIP Code and Account Number (See Instructions Above.) | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien  H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: *-002*  _Creditor # : 1_ _Business Lenders_ _50 State House Square_ _Hartford CT 06103_ | X | 2000 _Promissory Note_ _Jamestown Stamp Company_ _All personal property_  Value: *$ 546,637.40* | | | | $ 445,074.08 | $ 155,436.68 |
| Account No: *-002*  _Representing:_ _Business Lenders_ | | _Rosner Nocera & Ragone, LLP_ _110 Wall St., 23rd Floor_ _New York NY 10005-3801_  Value: | | | | | |
| Account No: *-001*  _Creditor # : 2_ _GE Commercial Finance Business_ _PO Boc C-97550_ _Saint Louis MO 63195-3380_ | X | 2000 _Mortgage_ _Jamestown Stamp Company_ _All Personal property_  Value: *$ 546,637.40* | | | | $ 178,086.93 | $ 36,086.93 |

__1__  continuation sheets attached

Subtotal $ (Total of this page) | $ 623,161.01 | $ 191,523.61

Total $ (Use only on last page)

(Report also on Summary of Schedules)  (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data)

In re *Jamestown Stamp Company*                                    ,          Case No. _____
         **Debtor(s)**                                                                           **(if known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including ZIP Code and Account Number *(See Instructions Above.)* | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: *98-0* | X | *2000* *Business Loan* *Jamestown Stamp Company* *All Personal Property* | | | | $ 115,000.00 | $ 0.00 |
| Creditor # : 3 *M&T Bank* *One Fountain Plaza* *Buffalo NY 14203* | | Value: *$ 546,637.40* | | | | | |
| Account No: *98-0* *Representing:* *M&T Bank* | | *Rupp, Baase, Pfalzgraf* *1600 Liberty Building* *Buffalo NY 14202* | | | | | |
| | | Value: | | | | | |
| Account No: *xx* | X | *Note and Mortgage on Business* *Jamestown Stamp Company* *All Personal Property* | | | | $ 147,363.48 | $ 147,363.48 |
| Creditor # : 4 *Todd Patric* *10295 Osprey Trace* *West Palm Beach FL 33412* | | Value: *$ 546,637.40* | | | | | |
| Account No: | | | | | | | |
| | | Value: | | | | | |
| Account No: | | | | | | | |
| | | Value: | | | | | |
| Account No: | | | | | | | |
| | | Value: | | | | | |

Sheet no. 1 of 1 continuation sheets attached to Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal $ (Total of this page) | $ 262,363.48 | $ 147,363.48 |
| Total $ (Use only on last page) | $ 885,524.49 | $ 338,887.09 |
| | (Report also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

In re <u>Jamestown Stamp Company</u>,          Case No._____
          **Debtor(s)**                                        (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts NOT entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☒ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>1</u>   **continuation sheets attached**

In re _Jamestown Stamp Company_ ,  Case No._____

**Debtor(s)**  (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet: _Taxes and Certain Other Debts Owed to Governmental Units_

| Creditor's Name, Mailing Address Including ZIP Code, and Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred and Consideration for Claim H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority | Amount not Entitled to Priority, if any |
|---|---|---|---|---|---|---|---|---|
| Account No: _xxx_ Creditor # : 1 Chautauqua County Gerace Office Building Mayville NY 14757 | | _2007 Property Tax_ | | | | $ 51,217.00 | $ 51,217.00 | $ 0.00 |
| Account No: | | | | | | | | |
| Account No: | | | | | | | | |
| Account No: | | | | | | | | |
| Account No: | | | | | | | | |
| Account No: | | | | | | | | |

Sheet No. _1_ of _1_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| **Subtotal $** (Total of this page) | 51,217.00 | 51,217.00 | 0.00 |

**Total $** 51,217.00
(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules)

**Total $** 51,217.00 | 0.00
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and

In re _Jamestown Stamp Company_ _____ ,  Case No. _____
         **Debtor(s)**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No.: 1131<br>Creditor # : 1<br>Asset Acceptance, LLC<br>PO Box 2036<br>Warren MI 48090-2036 | | Misc Business Debt | | | | $ 1,300.82 |
| Account No.: 5395<br>Creditor # : 2<br>BWB, PC<br>130 S. Union St.<br>Olean NY 14760 | | Business Debt | | | | $ 4,552.21 |
| Account No.: 1698<br>Creditor # : 3<br>CBJ Credit Recovery<br>117 W 4th St.<br>Jamestown NY 14701 | | 2008<br>Misc Business Debt | | | | $ 2,268.10 |
| Account No.: 2593<br>Creditor # : 4<br>F&W Publications<br>700 E. State St.<br>Iola WI 54990-0001 | | Misc Business Debt | | | | $ 3,040.91 |

_2_ continuation sheets attached

Subtotal $     $ 11,162.04

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _Jamestown Stamp Company_____,    Case No. _____

**Debtor(s)**                                                          (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:    1487 <br> Creditor # : 5 <br> First Bankcard <br> PO Box 2818 <br> Omaha NE 68103-2818 | | | Business Credit Card | | | | $ 10,000.00 |
| Account No:    9420 <br> Creditor # : 6 <br> Home Depot <br> PO Box 6029 <br> The Lakes NV 88901-6029 | | | Business Credit Card | | | | $ 1,100.00 |
| Account No:    xx <br> Creditor # : 7 <br> J Nalbandian <br> PO Box 71 <br> East Greenwich RI 02818 | | | Business Debt | | | | $ 45,653.60 |
| Account No:    4855 <br> Creditor # : 8 <br> Local Insight <br> 100 Executive Pkwy <br> Hudson OH 44236-1630 | | | Misc Business Debt | | | | $ 208.07 |
| Account No:    xx <br> Creditor # : 9 <br> Lutheran Message <br> PO Box 251245 <br> Saint Paul MN 55125 | | | Misc Business Debt | | | | $ 81.00 |
| Account No:    1003 <br> Creditor # : 10 <br> Miller Magazines <br> 290 Maple Court Ste 232 <br> Ventura CA 93003 | | | Misc Business Debt | | | | $ 4,447.14 |

Sheet No.   _1_ of   _2_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 61,489.81

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _Jamestown Stamp Company_ _____,    Case No. _____

**Debtor(s)**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: 9844<br>Creditor # : 11<br>Office Max-HSBC Business<br>PO Box 5239<br>Carol Stream IL 60197-5239 | | | Business Credit Card | | | | $ 3,900.00 |
| Account No: xxx<br>Creditor # : 12<br>Robert Churchill<br>PO Box 46<br>Sewickley PA 15143 | | | Misc Business Debt | | | | $ 34,000.00 |
| Account No: 8030<br>Creditor # : 13<br>Sam Club<br>P.O. Box 530970<br>Atlanta Georgia 30353-0970 | | | Business Credit Card | | | | $ 2,000.00 |
| Account No: | | | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |

Sheet No. _2_ of _2_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**    $ 39,900.00

**Total $**    $ 112,551.85

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re <u>*Jamestown Stamp Company*</u>_____ / Debtor

Case No. _____
(if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State the nature of debtor's interests in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☒ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract. | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| | |

In re _Jamestown Stamp Company_ _____ / Debtor   Case No. _____

(if known)

# SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtors spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| _Sandra Kavanaugh_<br>_12 Laurie Lane_<br>_Jamestown NY 14701_ | _Business Lenders_<br>_50 State House Square_<br>_Hartford CT 06103_<br><br>_GE Commercial Finance Business_<br>_PO Boc C-97550_<br>_Saint Louis MO 63195-3380_<br><br>_M&T Bank_<br>_One Fountain Plaza_<br>_Buffalo NY 14203_<br><br>_Todd Patric_<br>_10295 Osprey Trace_<br>_West Palm Beach FL 33412_ |

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NEW YORK
## BUFFALO DIVISION

In re *Jamestown Stamp Company, a New York Corporation*

Case No.

Chapter   *11*

_____ / Debtor

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data"if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A-Real Property | *Yes* | *1* | $      142,000.00 | | |
| B-Personal Property | *Yes* | *3* | $      419,137.40 | | |
| C-Property Claimed as Exempt | *No* | *0* | | | |
| D-Creditors Holding Secured Claims | *Yes* | *2* | | $      885,524.49 | |
| E-Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | *Yes* | *2* | | $       51,217.00 | |
| F-Creditors Holding Unsecured Nonpriority Claims | *Yes* | *3* | | $      112,551.85 | |
| G-Executory Contracts and Unexpired Leases | *Yes* | *1* | | | |
| H-Codebtors | *Yes* | *1* | | | |
| I-Current Income of Individual Debtor(s) | *No* | *0* | | | $        0.00 |
| J-Current Expenditures of Individual Debtor(s) | *No* | *0* | | | $        0.00 |
| TOTAL | | *13* | $      561,137.40 | $    1,049,293.34 | |

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NEW YORK
# BUFFALO DIVISION

In re *Jamestown Stamp Company, a New York Corporation*                    Case No.

                                                                                   Chapter   *11*

_____ / Debtor

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

This information is for statistical purposes only under 28 U.S.C. § 159.

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ |
| Student Loan Obligations (from Schedule F) | $ |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ |
| **TOTAL** | $ |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ |
| Average Expenses (from Schedule J, Line 18) | $ |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | $ |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | $ | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ |
| 4. Total from Schedule F | | $ |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ |

In re _Jamestown Stamp Company, a New York Corporation_      Case No. _____
                               Debtor                                                        (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY ON BEHALF OF A CORPORATION

I, _Sandra Kavanaugh_ , _President_ of the _Corporation_

named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   _14_ sheets,

and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____              Signature _/s/ Sandra Kavanaugh_ _____
                                         Name: _Sandra Kavanaugh_
                                           Title: _President_

                   [An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NEW YORK
## BUFFALO DIVISION

In re *Jamestown Stamp Company,*
   *a New York Corporation*

Case No.
Chapter  *11*

_____ / Debtor

Attorney for Debtor:  **Robert A. Liebers**

# LIST OF EQUITY SECURITY HOLDERS

| Number | Registered Name of Holder of Security | Number of Shares | Class of Shares, Kind of Interest |
|---|---|---|---|
| *1* | *Sandra Kavanaugh* <br> *341 East Third St.* <br> *Jamestown NY 14701* | *100* | *Common* |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

# LIST OF EQUITY SECURITY HOLDERS

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION

I, *Sandra Kavanaugh*                    , *President*                    of the *corporation*                    named as

debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that they are true and correct to the best of my knowledge, information and belief.

Date: _____

Signature: */s/ Sandra Kavanaugh* _____

Name: *Sandra Kavanaugh*
Title: *President*

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NEW YORK
# BUFFALO DIVISION

In re *Jamestown Stamp Company,*
*a New York Corporation*

Case No.
Chapter   *11*

_____ / Debtor

## Exhibit "A" to Voluntary Petition

(If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.)

1.  If any of debtor's securities are registered under section 12 of the Securities and Exchange Act of 1934,
    the SEC file number is _____ .

2.  The following financial data is the latest available information and refers to the debtor's condition on _____ .

    a.  Total assets                                          $        *561,137.40*
    b.  Total debts (including debts listed in 2.c., below)   $      *1,049,293.34*

    c.  Debt securities held by more than 500 holders.

| Debt Issue | Type | Total $ Amount Outstanding | Approximate Number of Holders |
|---|---|---|---|
| | | $ | |
| | | $ | |
| | | $ | |
| | | $ | |
| | | $ | |

    d.  Number of shares of preferred stock        *NONE*        *NONE*
    e.  Number of shares of common stock           *NONE*        *NONE*

        Comments, if any:
        *NONE*

3.  Brief description of debtor's business:

4.  List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of the debtor:
    *NONE*

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NEW YORK
# Buffalo DIVISION

In re  *Jamestown Stamp Company*
 *a New York Corporation*

Case No.

Chapter  *11*

_____,
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 1<br>*Business Lenders*<br>*50 State House Square*<br>*Hartford CT   06103* | Phone:<br>*Rosner Nocera & Ragone, LLP*<br>*110 Wall St., 23rd Floor*<br>*New York NY   10005-3801* | *Promissory Note*<br><br>*Value:*<br>*Net Unsecured:*<br>*Prior Liens Exist* | | $ 445,074.08<br>$ 546,637.40<br>$ 155,436.68 |
| 2<br>*Todd Patric*<br>*10295 Osprey Trace*<br>*West Palm Beach FL   33412* | Phone:<br>*Todd Patric*<br>*10295 Osprey Trace*<br>*West Palm Beach FL   33412* | *Note and Mortgage on Business*<br><br>*Value:*<br>*Net Unsecured:*<br>*Prior Liens Exist* | | $ 147,363.48<br>$ 546,637.40<br>$ 147,363.48 |
| 3<br>*Chautauqua County*<br>*Gerace Office Building*<br>*Mayville NY   14757* | Phone:<br>*Chautauqua County*<br>*Gerace Office Building*<br>*Mayville NY   14757* | *Property Tax* | | $ 51,217.00 |
| 4<br>*J Nalbandian*<br>*PO Box 71*<br>*East Greenwich RI   02818* | Phone:<br>*J Nalbandian*<br>*PO Box 71*<br>*East Greenwich RI   02818* | *Business Debt* | | $ 45,653.60 |
| 5<br>*GE Commercial Finance Business*<br>*PO Boc C-97550*<br>*Saint Louis MO   63195-3380* | Phone:<br>*GE Commercial Finance Business*<br>*PO Boc C-97550*<br>*Saint Louis MO   63195-3380* | *Mortgage*<br><br>*Value:*<br>*Net Unsecured:*<br>*Prior Liens Exist* | | $ 178,086.93<br>$ 546,637.40<br>$ 36,086.93 |

_____ ,
                                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 6<br>Robert Churchill<br>PO Box 46<br>Sewickley PA  15143 | Phone:<br>Robert Churchill<br>PO Box 46<br>Sewickley PA  15143 | Misc Business Debt | | $ 34,000.00 |
| 7<br>First Bankcard<br>PO Box 2818<br>Omaha NE  68103-2818 | Phone:<br>First Bankcard<br>PO Box 2818<br>Omaha NE  68103-2818 | Business Credit Card | | $ 10,000.00 |
| 8<br>BWB, PC<br>130 S. Union St.<br>Olean NY  14760 | Phone:<br>BWB, PC<br>130 S. Union St.<br>Olean NY  14760 | Business Debt | | $ 4,552.21 |
| 9<br>Miller Magazines<br>290 Maple Court Ste 232<br>Ventura CA  93003 | Phone:<br>Miller Magazines<br>290 Maple Court Ste 232<br>Ventura CA  93003 | Misc Business Debt | | $ 4,447.14 |
| 10<br>Office Max-HSBC Business<br>PO Box 5239<br>Carol Stream IL  60197-5239 | Phone:<br>Office Max-HSBC Business<br>PO Box 5239<br>Carol Stream IL  60197-5239 | Business Credit Card | | $ 3,900.00 |
| 11<br>F&W Publications<br>700 E. State St.<br>Iola WI  54990-0001 | Phone:<br>F&W Publications<br>700 E. State St.<br>Iola WI  54990-0001 | Misc Business Debt | | $ 3,040.91 |
| 12<br>CBJ Credit Recovery<br>117 W 4th St.<br>Jamestown NY  14701 | Phone:<br>CBJ Credit Recovery<br>117 W 4th St.<br>Jamestown NY  14701 | Misc Business Debt | | $ 2,268.10 |
| 13<br>Sam Club<br>P.O. Box 530970<br>Atlanta Georgia  30353-0970 | Phone:<br>Sam Club<br>P.O. Box 530970<br>Atlanta Georgia  30353-0970 | Business Credit Card | | $ 2,000.00 |

_____ ,
                              Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 14<br>Asset Acceptance, LLC<br>PO Box 2036<br>Warren MI  48090-2036 | Phone:<br>Asset Acceptance, LLC<br>PO Box 2036<br>Warren MI  48090-2036 | Misc Business Debt | | $ 1,300.82 |
| 15<br>Home Depot<br>PO Box 6029<br>The Lakes NV  88901-6029 | Phone:<br>Home Depot<br>PO Box 6029<br>The Lakes NV  88901-6029 | Business Credit Card | | $ 1,100.00 |
| 16<br>Local Insight<br>100 Executive Pkwy<br>Hudson OH  44236-1630 | Phone:<br>Local Insight<br>100 Executive Pkwy<br>Hudson OH  44236-1630 | Misc Business Debt | | $ 208.07 |
| 17<br>Lutheran Message<br>PO Box 251245<br>Saint Paul MN  55125 | Phone:<br>Lutheran Message<br>PO Box 251245<br>Saint Paul MN  55125 | Misc Business Debt | | $ 81.00 |
| 18<br>M&T Bank<br>One Fountain Plaza<br>Buffalo NY  14203 | Phone:<br>Rupp, Baase, Pfalzgraf<br>1600 Liberty Building<br>Buffalo NY  14202 | Business Loan<br>*Value:<br>Net Unsecured:<br>*Prior Liens Exist | | $ 115,000.00<br>$ 546,637.40<br>$ 0.00 |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION

I, _Sandra Kavanaugh_____ , _President_____ of the _Corporation_____ named
as debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding Twenty Largest Unsecured Claims and that
they are true and correct to the best of my knowledge, information and belief.


Date: _____      Signature _/s/ Sandra Kavanaugh_____
                              Name: _Sandra Kavanaugh_
                              Title: _President_

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NEW YORK
## BUFFALO DIVISION

In re *Jamestown Stamp Company, a New York Corporation*

Case No.
Chapter *11*

_____ / Debtor

Attorney for Debtor: *Robert A. Liebers*

# STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1. The undersigned is the attorney for the debtor(s) in this case.

2. The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:
    a) For legal services rendered or to be rendered in contemplation of and in connection with this case . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____*hourly*_____
    b) Prior to the filing of this statement, debtor(s) have paid . . . . . . . . . . . . . . $_____*10,000.00*_____
    c) The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . . . . $_____*0.00*_____

3. $____*1,039.00*____ of the filing fee in this case has been paid.

4. The Services rendered or to be rendered include the following:
    a) Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a petition under title 11 of the United States Code.
    b) Preparation and filing of the petition, schedules, statement of financial affairs and other documents required by the court.
    c) Representation of the debtor(s) at the meeting of creditors.

5. The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services performed, and
    *None other*

6. The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from earnings, wages and compensation for services performed, and
    *None other*

7. The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for the value stated:
    *None*

8. The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm, any compensation paid or to be paid except as follows:
    *None*

Dated:                                   Respectfully submitted,

                                   X */s/ Robert A. Liebers*_____
Attorney for Petitioner: *Robert A. Liebers*
                         *Burgett & Robbins, LLP*
                         *P.O. Box 3090*
                         *Jamestown NY  14702*

                         *1(716) 488-3090*

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF NEW YORK
# BUFFALO DIVISION

In re *Jamestown Stamp Company*
    *a New York Corporation*

Case No.
Chapter *11*

_____ / Debtor

## STATEMENT REGARDING CORPORATE RESOLUTION

      The undersigned Sandra Kavanaugh is President of Jamestown Stamp Company, a  corporation.  On  the following resolution was duly adopted by the  of this corporation.

      "WHEREAS, it is in the best interests of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code:

      "NOW, THEREFORE, BE IT RESOLVED, that Sandra Kavanaugh, President of this corporation, be and hereby is, authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case in the United States Bankruptcy Court on behalf of the corporation; and

      "BE IT FURTHER RESOLVED, that Sandra Kavanaugh, President of this corporation, be and hereby is, authorized and directed to appear in all such bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform any and all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with said bankruptcy proceedings; and

      "BE IT FURTHER RESOLVED, that Sandra Kavanaugh, President of this corporation, be and hereby is, authorized and directed to employ Robert A. Liebers, Attorney and the law firm of Burgett & Robbins, LLP, to represent the corporation in said bankruptcy proceedings."

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION

    I, Sandra Kavanaugh, President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing resolution and it is true and correct to the best of my knowledge, information, and belief.

Date _____

Signature   */s/ Sandra Kavanaugh*_____
             Sandra Kavanaugh
             President

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NEW YORK
# BUFFALO DIVISION

In re *Jamestown Stamp Company,*
   *a New York Corporation*

Case No.

Chapter *11*

_____ / Debtor

Attorney for Debtor: **Robert A. Liebers**

## VERIFICATION OF CREDITOR MATRIX

      The above named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of our knowledge.

Date: _____

*/s/ Sandra Kavanaugh*_____
Debtor

Business Lenders
50 State House Square
Hartford, CT  06103


M&T Bank
One Fountain Plaza
Buffalo, NY  14203


Asset Acceptance, LLC
PO Box 2036
Warren, MI  48090-2036


BWB, PC
130 S. Union St.
Olean, NY  14760


CBJ Credit Recovery
117 W 4th St.
Jamestown, NY  14701


Chautauqua County
Gerace Office Building
Mayville, NY  14757


F&W Publications
700 E. State St.
Iola, WI  54990-0001


First Bankcard
PO Box 2818
Omaha, NE  68103-2818


GE Commercial Finance Business
PO Boc C-97550
Saint Louis, MO  63195-3380


Home Depot
PO Box 6029
The Lakes, NV  88901-6029


J Nalbandian
PO Box 71
East Greenwich, RI  02818

Local Insight
100 Executive Pkwy
Hudson, OH  44236-1630


Lutheran Message
PO Box 251245
Saint Paul, MN  55125


Miller Magazines
290 Maple Court Ste 232
Ventura, CA  93003


Office Max-HSBC Business
PO Box 5239
Carol Stream, IL  60197-5239


Robert Churchill
PO Box 46
Sewickley, PA  15143


Rosner Nocera & Ragone, LLP
110 Wall St., 23rd Floor
New York, NY  10005-3801


Rupp, Baase, Pfalzgraf
1600 Liberty Building
Buffalo, NY  14202


Sam Club
P.O. Box 530970
Atlanta, Georgia  30353-0970


Todd Patric
10295 Osprey Trace
West Palm Beach, FL  33412


Sandra Kavanaugh
12 Laurie Lane
Jamestown, NY  14701


Sandra Kavanaugh
341 East Third St.
Jamestown, NY  14701

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NEW YORK

In re:  **Jamestown Stamp Company**

Case No.

Chapter  **11**

# BUSINESS INCOME AND EXPENSES

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE:  ONLY INCLUDE information directly related to the business operation.)

| | | |
|---|---|---:|
| PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS: | | |
| 1.  Gross Income For 12 Months Prior to Filing: | | $ 1,357,887.00 |
| | | |
| PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME: | | |
| 2.  Gross Monthly Income: | | $ 95,573.00 |
| | | |
| PART C - ESTIMATED FUTURE MONTHLY EXPENSES: | | |
| 3.  Net Employee Payroll (Other Than Debtor) | $ 22,175.00 | |
| 4.  Payroll Taxes | 3,679.00 | |
| 5.  Unemployment Taxes | 400.00 | |
| 6.  Worker's Compensation | 300.00 | |
| 7.  Other Taxes | 670.00 | |
| 8.  Inventory Purchases (Including raw materials) | 11,500.00 | |
| 9.  Purchase of Feed/Fertilizer/Seed/Spray | 0.00 | |
| 10. Rent (Other than debtor's principal residence) | 0.00 | |
| 11. Utilities | 11,500.00 | |
| 12. Office Expenses and Supplies | 1,900.00 | |
| 13. Repairs and Maintenance | 250.00 | |
| 14. Vehicle Expenses | 200.00 | |
| 15. Travel and Entertainment | 0.00 | |
| 16. Equipment Rental and Leases | 0.00 | |
| 17. Legal/Accounting/Other Professional Fees | 250.00 | |
| 18. Insurance | 1,687.00 | |
| 19. Employee Benefits (e.g., pension, medical, etc.) | 0.00 | |
| | | |
| 20. Payments to Be Made Directly By Debtor to Secured Creditors For Pre-Petition Business Debts (Specify): | | |
| | $ 0.00 | |
| | 0.00 | |
| | 0.00 | |
| 21. Other (Specify) | | |
| | $ 0.00 | |
| | 0.00 | |
| | 0.00 | |
| 22. Total Monthly Expenses | | $ 54,511.00 |
| PART D - ESTIMATED AVERAGE NET MONTHLY INCOME: | | |
| 23. AVERAGE NET MONTHLY INCOME (Subtract Item 22 from Item 2) | | $ 41,062.00 |